**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 2:22-MJ-00429 |
| WILLIAN ERNESTO ALVAREZ-VILLARREAL | § § § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The Court finds that detention of defendant Willian Ernesto Alvarez-Villarreal pending trial in this case is appropriate: there are no conditions or combination of conditions that would reasonably assure both the appearance of Defendant as required and the safety of any other person and the community.

The Bail Reform Act provides that, if the judicial officer determines that a Defendant's release on personal recognizance or an unsecured appearance bond will not reasonably assure the appearance of the person as required or will endanger the safety of any other person or the community, the judicial officer shall order the Defendant's pretrial release subject to certain specified conditions. *See* 18 U.S.C. § 3142(c)(1). If the judicial officer determines, after a hearing, that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community, the judicial officer shall order the detention of the person before trial. 18 U.S.C. § 3142(e)(1).

The Court adopts the factual information in the Pretrial Services Report. The Court also considered the information contained in the criminal complaint. The Court finds that the evidence against Defendant in this serious criminal case is strong. Defendant is not a United

States citizen, and he has no status to be present, to live, or to work in this country. Defendant also has amassed a felony conviction for being an illegal alien in possession of a firearm, as well as several immigration crimes.

Based on this information, the Court is persuaded that there is no condition or set of conditions that would reasonably assure that Defendant would appear as required for court proceedings. The Court further concludes, separately, by clear and convincing evidence, that there is there is no condition or combination of conditions that would reasonably assure the safety of any other person or the community if Defendant were to be released on bond.

Defendant is committed to the custody of the United States Marshal or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of appearance in connection with a court proceeding.

SIGNED on April 13, 2022.

_____
MITCHEL NEUROCK
United States Magistrate Judge